# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| PETER GRILLO and MARIA SILVIA GRILLO, Debtors. | 10-23219 JTM<br>[Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The check listed below represents small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**  **CHECK AMOUNT**

Mountain West Anesthesia                              $2.24
PO Box 3570
Salt Lake City, UT 84110-3570

The address listed above constitutes the last known address in question. The check in the amount of $2.24 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this 8<sup>t</sup> day of November, 2011.

_____
Duane H. Gillman, Trustee

SLC_975940.1